COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

25,679-23

Abel Acosta
(CCA)-Clerk,

July 8, 2015

RE: EX PARTE ARTHUR DAVID LOWE, Cause no. 659156-C;
and (CCA)-WR-25,679-23.

I'm under the understanding. That the Court-your records. reflects, the above-capture WRIT number.

However, I have not been notified by you, your office regarding the recipiet the Application for Writ of Habeas corpus.

I have not received anything from you, your office. Please inform me, whether your office receive the Habeas Corpus Application?

I, truly appreciate your consideration... THANK You, may GOD bless you, your Family and Friends.

Sincerely
Arthur Lowe
ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2, BOX 4400
GATESVILLE, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk